UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
RICHARD W HAGEL
2022 JUL 12 PM 3:20
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:22-cr-0081 |
| **Plaintiff,** | : | I N D I C T M E N T |
| v. | : | 18 U.S.C. § 1952(a)(1) |
| **JOSEPH STEPHEN IAVECCHIO,** | : | THOMAS M. ROSE |
| **Defendant.** | : | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1952(a)(1)]

On or about November 8, 2021, in the Southern District of Ohio, defendant **JOSEPH STEPHEN IAVECCHIO** traveled in interstate commerce and used any facility in interstate commerce with the intent to distribute the proceeds of any unlawful activity – namely, a business enterprise involving controlled substances.

In violation of Title 18, United States Code, Section 1952(a)(1).

Page **1** of **3**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this Information, defendant **JOSEPH STEPHEN IAVECCHIO** shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, including but not limited to $454,380.00 in U.S. Currency.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek

forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

/s/

FOREPERSON

KENNETH L. PARKER
United States Attorney

BRENT G. TABACCHI
Assistant United States Attorney